**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CLARK BARTHOLOMERE WILSON,
    Petitioner,

vs.                                                CASE NO.: 3:03cv566/MCR/MD

JAMES V. CROSBY,
    Respondent.
                                             /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 20, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The Title 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 22) challenging the conviction and sentence in the case of *State of Florida v. Clark Bartholomere* Wilson, in the Circuit Court of Escambia County, Florida, case no. 97-2496, is DENIED and this cause is DISMISSED and the clerk is directed to close the file.

    **DONE AND ORDERED** this 19th day of September, 2006.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**